IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00138-5-RBJ

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. SHEDRICK WILFORD,
a/k/a "Shacc,"

2. JERRELL BIRCH,
a/k/a "Rell,"

3. JUAUN BIRCH,
a/k/a "Juan,"

4. SAMUEL JOHNSON,
a/k/a "June Bug,"

**5. TORRENCE TRIPLETT,
a/k/a "Blue,"**

6. OMAR TURNER,
a/k/a "O,"

Defendants.

---

## NOTICE OF APPEARANCE
---

  Come now Marc Milavitz, of the Alternative Law Office of Marc Milavitz, P.C., attorney at law, enters his appearance in the above captioned action on behalf of Defendant Torrence Triplett.

Respectfully submitted,


s/ Marc Milavitz                                        DATED:  May 30, 2017

Marc Milavitz
The Alternative Law Office of Marc Milavitz, P.C.
Lawyer for Mr. Triplett
1733 Canyon Blvd.
Boulder, CO  80304
303-442-2166
fax: 440-4515
altlaw1@comcast.net


### CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that I have this 30th day of May, 2017, electronically filed the foregoing pleading with the Clerk of Court using the ECF system which will send notification of such filing to all counsel of record in this case.


s/ Marc Milavitz